ACCEPTED
01-14-00073-CR
FIRST COURT OF APPEALS
HOUSTON, TEXAS
1/26/2015 9:16:03 AM
CHRISTOPHER PRINE
CLERK

**No. 01-14-00072-CR**
**No. 01-14-00073-CR**

In the
Court of Appeals
for the
First District of Texas
At Houston

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS

1/26/2015 9:16:03 AM

CHRISTOPHER A. PRINE
Clerk

————————◆————————

**No. 1233998**
**No. 1401120**
In the 185th District Court
Of Harris County, Texas

————————◆————————

# LARRY RICHARD
*Appellant*

v.

# THE STATE OF TEXAS
*Appellee*

————————◆————————

## STATE'S THIRD MOTION FOR EXTENSION OF TIME
## IN WHICH TO FILE AN APPELLATE BRIEF

————————◆————————

**TO THE HONORABLE COURT OF APPEALS OF TEXAS:**

COMES NOW THE STATE OF TEXAS, in accordance with Rules 10.5(b)(1) and 38.6(d) of the Texas Rules of Appellate Procedure, and files this

motion for an extension of time in which to file the State's brief in this cause, and, in support thereof, presents the following:

1. Appellant was convicted of the felony offense of aggravated assault.

2. The State's brief was due on January 26, 2015.

4. An extension of time in which to file the State's brief is requested until February 25, 2015.

5. The following facts are relied upon to show good cause for the requested extension:

  i. The attorney previously assigned to this appeal is no longer with the Harris County District Attorney's Office. The undersigned attorney was assigned to this appeal on January 26, 2015.

  ii. The undersigned attorney has been engaged in the preparation of the State's Brief in Cause No. 14-14-00139-CR, *Isaac Smith, Appellant v. The State of Texas, Appellee*.

  iii. The undersigned attorney has been engaged in the preparation of the State's Brief in Cause No. 01-12-01175-CR, *Mark Rascoe, Appellant v. The State of Texas, Appellee*.

  iv. The undersigned attorney has been engaged in the preparation of the State's Brief in Cause No. 01-12-00422-CR, *Benjamin Maurine Sadler, Appellant v. The State of Texas, Appellee*.

WHEREFORE, the State prays that this Court will grant an additional extension of time until February 25, 2015 in which to file the State's brief in this cause.

Respectfully submitted,

/s/ Heather A. Hudson
**HEATHER A. HUDSON**
Assistant District Attorney
Harris County, Texas
1201 Franklin, Suite 600
Houston, Texas  77002
(713) 755-5826
State Bar No. 24058991
hudson_heather@dao.hctx.net
curry_alan@dao.hctx.net

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing instrument has been submitted

for service by e-filing to the following address:

Deborah Summers
P11210 Steeplecrest, Ste. 120
Houston, Texas 77065
Tel: (281) 897-9600
summerspc@sbcglobal.net

/s/ Heather A. Hudson
**HEATHER A. HUDSON**
Assistant District Attorney
Harris County, Texas
1201 Franklin, Suite 600
Houston, Texas  77002
(713) 755-5826
State Bar No. 24058991

Date:  January 26, 2015